IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

TEDDY EDWARDS                                                        PETITIONER

V.                              No. 2:19-cv-02030-PKH

SHERIFF JIMMY STEVENS,
Johnson County, Arkansas                                             RESPONDENT

## MEMORANDUM OPINION

The Petitioner filed his Petition for Writ of Habeas Corpus (Doc. 1) on February 6, 2019, 2016. The petition contests the "excessive bond" that was set by the state court in his pending criminal case. The Respondent filed a Response (Doc. 6) on February 22, 2019 stating that the petitioner was sentenced to the Arkansas Department of Corrections on February 8, 2019 to a term of twelve (12) months. The records of the Arkansas Department of Corrections confirm that the Petitioner is incarcerated.

The Petitioner did not file a Reply but filed a letter requesting to dismiss the complaint (Doc. 7) on February 26, 2019.

The Motion to Dismiss is **GRANTED** and the Petition is Dismissed with Prejudice.

DATED this 6th day of March 2019.

US DISTRICT COURT
WESTERN DIST ARKANSAS
FILED

MAR - 6 2019

DOUGLAS F. YOUNG, Clerk
By
    Deputy Clerk

/s/ P.K. Holmes
Hon. P.K. Holmes
U. S. District Judge